IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRYL PINKERTON                                              PLAINTIFF

        v.                          No. 05-2024

SGT. DANIEL PERRY and
DETECTIVE STEVEN WOODALL
of the Van Buren Police Department, and
DONNA M. GARCIA, a cashier at CV's
Grocery in Van Buren                                         DEFENDANTS

## ORDER

Now on this 19th day of October 2005, there comes on for consideration the report and recommendation filed herein on September 29, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). No objections to the report and recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's complaint is dismissed on the grounds that the claims asserted by Plaintiff are frivolous and fail to state claims upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge